No. 92–1384. BARCLAYS BANK PLC *v.* FRANCHISE TAX BOARD OF CALIFORNIA; and

No. 92–1839. COLGATE-PALMOLIVE CO. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. [Certiorari granted, *ante*, p. 942.] Motion of California Legislature for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Government of the United Kingdom for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 92–1956. CONSOLIDATED RAIL CORPORATION *v.* GOTT-SHALL; and CONSOLIDATED RAIL CORPORATION *v.* CARLISLE. C. A. 3d Cir. [Certiorari granted, *ante*, p. 912.] Motions of respondents James E. Gottshall and Alan Carlisle for divided argument granted.

No. 93–356. MCI TELECOMMUNICATIONS CORP. *v.* AMERICAN TELEPHONE & TELEGRAPH CO.; and

No. 93–521. UNITED STATES ET AL. *v.* AMERICAN TELE-PHONE & TELEGRAPH CO. ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 989.] Motion of the Solicitor General for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 93–377. DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK ET AL. *v.* MILHELM ATTEA & BROS., INC., ET AL. Ct. App. N. Y. [Certiorari granted, *ante*, p. 943.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–517. BOARD OF EDUCATION OF KIRYAS JOEL VILLAGE SCHOOL DISTRICT *v.* GRUMET ET AL.;

No. 93–527. BOARD OF EDUCATION OF MONROE-WOODBURY CENTRAL SCHOOL DISTRICT *v.* GRUMET ET AL.; and

No. 93–539. ATTORNEY GENERAL OF NEW YORK *v.* GRUMET ET AL. Ct. App. N. Y. [Certiorari granted, *ante*, p. 989.] Motion of petitioner Board of Education of the Kiryas Joel Village School District for divided argument granted.

No. 93–1286. AMERICAN AIRLINES, INC. *v.* WOLENS ET AL. Sup. Ct. Ill. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.